IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NAFIS ZAHIR | : | CIVIL ACTION |
| v. | : | |
| PATRICK R. DONAHOE, Postmaster General of the U.S. Postal Service | : | No. 11-5080 |

# ORDER

**AND NOW**, this 17th day of December, 2012, upon consideration of Defendant's Motion for Summary Judgment (Docket No. 23), and Plaintiff's opposition thereto, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. **JUDGMENT IS ENTERED** in favor of Defendant Patrick R. Donahoe, Postmaster General of the U.S. Postal Service, and against Plaintiff Nafis Zahir.

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.